```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 24991
   SYLVESTER RAGGS
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6188


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/19/2008 and was not confirmed.

     The case was dismissed without confirmation 01/21/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
APPLIED CARD BANK        UNSEC W/INTER NOT FILED              .00           .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER     988.89             .00           .00
PRA RECEIVABLES MGMT     UNSEC W/INTER    2510.96             .00           .00
PRA RECEIVABLES MGMT     UNSEC W/INTER    2137.01             .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    2136.76             .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    2253.07             .00           .00
CITY OF CHICAGO DEPT OF  UNSEC W/INTER    7720.00             .00           .00
ROCKET AUTO MALL         UNSEC W/INTER NOT FILED              .00           .00
LVNV FUNDING             UNSEC W/INTER    1097.29             .00           .00
PREMIER BANKCARD         UNSEC W/INTER     427.92             .00           .00
PREMIER BANKCARD         UNSEC W/INTER     581.94             .00           .00
MEDICAL BUSINESS BUREAU  UNSEC W/INTER NOT FILED              .00           .00
MERRICK BANK             UNSEC W/INTER    2416.71             .00           .00
WASHINGTON MUTUAL/PROVID UNSEC W/INTER NOT FILED              .00           .00
PRA RECEIVABLES MGMT     UNSEC W/INTER     627.55             .00           .00
FIRST EQUITY CARD        UNSEC W/INTER    2359.58             .00           .00
ASSET ACCEPTANCE LLC     UNSEC W/INTER    3754.22             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     668.86             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     963.16             .00           .00
ECAST SETTLEMENT CORP    UNSEC W/INTER     547.18             .00           .00
INTERNAL REVENUE SERVICE UNSEC W/INTER NOT FILED              .00           .00
PRA RECEIVABLES MGMT     UNSEC W/INTER     340.16             .00           .00
PRA RECEIVABLES MGMT     UNSEC W/INTER     871.35             .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER    2379.88             .00           .00
ROUNDUP FUNDING LLC      UNSEC W/INTER     673.85             .00           .00
LVNV FUNDING             UNSEC W/INTER    1783.13             .00           .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      14.00             .00         14.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     2,500.00                        501.04
TOM VAUGHN               TRUSTEE                                          39.96
DEBTOR REFUND            REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 24991 SYLVESTER RAGGS
```

```
TRUSTEE                                         555.00

PRIORITY                                                           14.00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                     501.04
TRUSTEE COMPENSATION                                                39.96
DEBTOR REFUND                                                        .00
                                        ----------------   ----------------
TOTALS                                          555.00             555.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 03/10/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
           CASE NO. 08 B 24991 SYLVESTER RAGGS